IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-13-191-R |
| ) | |
| MARSIAL GARCIA, ) | Violation: 21 U.S.C. § 841(a)(1) |
| a/k/a Oso, ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 1956(h) |
| Defendant. ) | 18 U.S.C. § 1956(a)(1)(B)(i) |

INFORMATION

The United States Attorney charges:

COUNT 1
(Distribution)

From on or about April 30, 2013, to May 2, 2013, in the Western District of Oklahoma, the defendant,

-------------------------------------------MARSIAL GARCIA,
a/k/a Oso,-------------------------------------------------

knowingly and intentionally distributed 500 grams or more of cocaine powder, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 2
### (Money Laundering Conspiracy)

From in or about November, 2011, and continuously until May 16, 2013, in the Western District of Oklahoma,

-------------------------------------------MARSIAL GARCIA,
　　　　　　　　　　　　a/k/a Oso,-------------------------------------------------

knowingly and intentionally combined, conspired, and agreed with each other, and with others both known and unknown, to interdependently conduct financial transactions affecting interstate commerce, that is, the deposit of drug proceeds in the amount of $218,325 to branches of JP Morgan Chase Bank and Bank of America in Oklahoma and the withdrawal of drug proceeds from branches of JP Morgan Chase Bank and Bank of America in California, knowing that the funds involved the proceeds of some form of illegal activity, which is the receiving, buying, selling, and dealing in controlled substances in violation of Title 21, United States Code, Section 846 and 841(a)(1), a specified unlawful activity, and knowing that the transactions were designed in whole or in part to conceal and disguise the nature, source, ownership and control of the proceeds of the specified unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(B)(i).

SANFORD C. COATS
United States Attorneys

*/s/ Leslie M. Maye*

LESLIE M. MAYE
VIRGINIA L. HINES
Assistant U.S. Attorney