# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☒         Case No. CR-13-191-R

Number of Counts  2    Number of Defendants  1         USAOID No. _____   By: abh

INFORMATION Sealed: Yes ☐  No ☒   OCDETF: Yes ☒  No ☐   Notice ☒  Summons ☐  Writ ☐  Warrant ☐ to Issue

| DEFENDANT: MARSIAL GARCIA | |
|---|---|
| Alias(es): Oso | Address: |
| | Phone: |
| Age&DOB: xx-xx-81 (31)   SS#: xxx-xx-5752 | Juvenile: Yes ☐ No ☒   Interpreter: Yes ☐ No ☒ |
| SEX: M ☒ F ☐   RACE: Hispanic | Language/Dialect: |

**Defendant Status:**

| ☐ Not in Custody | Type of Bond Recommended on this Charge: |
|---|---|
| | OR ☐   Cash ☐   10% ☐   Unsecured ☐   Surety ☐ |
| Bond set at: $        Date: Current Bond on Other Charge  Federal ☐  State ☐ | Bond in Amount of: $ |
| ☒ In Jail at: Grady County Jail  Under Prisoner/Register No.: | Detention ☒ |

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. M-13-315-P | Government Motion to Detain:  Yes ☒ No ☐   7/15/13 |
|---|---|
| Complaint: Yes ☒  No ☐ | Bond Set:                    Date: |

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of: |
|---|---|
| Additional Defendants: Yes ☐  No ☐ | Total Number of defendants: |

**Attorney Information:**

| Defense Counsel: Richard Stout | AUSA: Virginia L. Hines | |
|---|---|---|
| Address: 901 S. Bryant, Suite D  Edmond, OK 73034 | Phone: 405/553-8700 | Fax: 405/553-8888 |
| Phone: 405-341-2222   Fax: 405-341-2225 | Federal Agent/Agency: Furr/FBI | |
| Retained ☐   CJA Panel ☒   Public Defender ☐ | Local Agent/Agency: | |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 USC § 841(a)(1); 18 USC § 2 | Distribution of meth, a Sch. II controlled substance; aiding and abetting | [21:841(b)(1)(B)] Not less than 5 yrs., not more than 40 yrs. imprisonment; $5,000,000 fine; o/b; NLT 4 yrs. S/R; $100 S/A |

| 2 | 18 USC § 1956(h)<br>18 USC § 1956(a)(1)(B)(I) | Money laundering conspiracy | NMT 20 yrs.; NMT $500,000 fine;<br>o/b; NMT 3 yrs. S/R; $100 S/A |
|---|---|---|---|

Date: _____8/16/13_____   Signature of AUSA _Leslie M. Maye_

800/6-97