# *Memorandum*



| **Subject:**<br>COMPANION CASE RULE IN<br>CRIMINAL CASES | Date:<br>August 19, 2013 |
|---|---|
| To:<br>ROBERT D. DENNIS<br>Court Clerk | From:<br>Leslie M. Maye<br>Virginia L. Hines |

The following cases which are the subject of informations which have been filed are related cases and should be assigned to the same judge:

(1)  [NEW INFORMATIONS]

    <u>U.S. v. Baldomero Reyes, Jr.</u>

    <u>U.S. v. Jeremy Pena</u>

    <u>U.S. v. Jason Lee Herrera</u>

    <u>U.S. v. Marsial Garcia</u>    CR-13-191-R

    <u>U.S. v. Robert Ray Sanchez</u>

    <u>U.S. v. Tabitha Frair</u>

    <u>U.S. v. Bryan Alcorta</u>

    <u>U.S. v. Lyndie Prentice</u>

(2)  [PENDING INDICTMENT]

    <u>U.S. v. Mark Prentice, et al,</u>    CR-13-138-F

(3)  [PENDING SS INFORMATIONS]

    <u>U.S. v. Richard Garcia, Jr.</u>    CR-13-138-F

    <u>U.S. v. Pedro Lee Lurea</u>    CR-13-138-F

These cases are related cases pursuant to LCrR7.1 because:

x     They arise out of the same transaction or series of transactions;

They involve the same defendant(s);

For other reasons, it would entail substantial duplication of labor if heard by different judges because:

---

DETAILS:     (State the nature of the offenses charged and state details of why it is a related transaction or how many defendants overlap.)